IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ARTHUR STANTON, on behalf of himself and others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> THE NCR PENSION PLAN; THE PENSION AND BENEFIT COMMITTEE OF THE NCR PENSION PLAN; NCR, as Plan Administrator; and ANDREA LEDFORD, LINDA FAYNE LEVINSON, EDWARD P. BOYKIN, GARY J. DAICHENDT, CHINH E. CHU, and RICHARD T. MCGUIRE <br><br> Defendants. | CIVIL ACTION NO. 1:17-cv-2309-MLB |

## ORDER GRANTING JOINT MOTION FOR APPROVAL OF PROPOSED SCHEDULING ORDER

This matter comes before the Court on a Joint Motion for Approval of Proposed Scheduling Order. Upon consideration of the Joint Motion and for good cause show, the Court ORDERS that the Joint Motion be GRANTED.

1. The deadline for the Parties to confer under Rule 26(f) is September 17, 2020.

2. The deadline for the Parties to file the Joint Preliminary Report and Discovery Plan is October 1, 2020.

3. Initial Disclosures must be filed on or before October 1, 2020.

4. Plaintiff's Motion for Preliminary Class Certification must be filed on or before October 1, 2020.

SO ORDERED this 3rd day of September, 2020.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE