UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ARTHUR STANTON, on behalf of himself and others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> THE NCR PENSION PLAN; THE PENSION AND BENEFIT COMMITTEE OF THE NCR PENSION PLAN; NCR, as Plan Administrator; and LINDA FAYNE LEVINSON, EDWARD P. BOYKIN, GARY J. DAICHENDT, CHINH E. CHU, and RICHARD T. MCGUIRE <br><br> Defendants. | CIVIL ACTION NO. <br> 1:17-cv-2309-MLB |

# SCHEDULING ORDER

Before the Court is the parties' Joint Preliminary Report and Discovery Plan (Dkt. 52) (the "Plan"). Having considered the Plan, it is hereby **APPROVED**. The time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court. Discovery shall proceed under the following schedule:

| EVENT | DEADLINE |
|---|---|
| Mandatory Initial Disclosures (pursuant to Fed. R. Civ. P. 26(a)(1) | October 1, 2020 |
| Discovery Deadline | April 1, 2021 |

| Disclosure of Expert Reports | In accordance with L.R. 26.2(C). |
|---|---|
| Motion for Class Certification | October 1, 2020 |
| Motions for Summary Judgment | May 3, 2021 |
| Joint Proposed Pretrial Order | 30 days after the Court issues its decisions on any pending motions for summary judgment. If no motions for summary judgment are filed, the proposed consolidated pretrial order is due May 3, 2021. |
| Trial | To be set by the Court at a later date. |
| Estimated Length of Trial | 3 days |
| Jury / Non Jury | Non-jury trial. |

**SO ORDERED** this 5th day of October, 2020.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE