UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ARTHUR STANTON,<br><br>    Plaintiff,<br><br>vs.<br><br>THE NCR PENSION PLAN, THE PENSION AND BENEFITS COMMITTEE OF THE NCR PENSION PLAN, NCR, ANDREA LEDFORD, LINDA FAYNE LEVINSON, EDWARD P. BOYKIN, GARY J. DAICHENDT, CHINH E. CHU, RICHARD T. MCGUIRE<br><br>    Defendants. | CIVIL ACTION FILE<br><br>No. 1:17-cv-02309-MLB |

## J U D G M E N T

This action having come before the court, the Honorable Michael L. Brown, United States District Judge, for consideration of Defendants' 9/15/2017 motion to dismiss and Defendants' 5/3/2021 motion for summary judgment, with the court having granted said motions in whole or in part on 11/18/2019 and 3/9/2022, it is:

**Ordered and Adjudged,** as to the 11/18/2019 order, that Defendant Andrea Ledford is dismissed from this action for lack of standing.

**Ordered and Adjudged,** as to the 3/9/2022 order, that that the plaintiff take nothing; that the remaining defendants recover costs of this action, and that the action be, and the same hereby, is **DISMISSED** as to the remaining defendants.

Dated at Atlanta, Georgia, this 9th day of March, 2022.

KEVIN P. WEIMER
CLERK OF COURT

By: /s/ T. Frazier
    Deputy Clerk

Prepared, Filed, and Entered in the
Clerk's Office
 March 9, 2022
 Kevin P. Weimer
 Clerk of Court

By: /s/ T. Frazier
    Deputy Clerk